■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD RICHARDSON, Appellant. [903 NYS2d 289]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered March 19, 2009. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737

[1998]). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.